STATE of Missouri, Respondent,

v.

David RAMSEY, Appellant.

No. WD 49518.

Missouri Court of Appeals,
Western District.

Oct. 31, 1995.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Dec. 5, 1995.

Application to Transfer Denied
Jan. 23, 1996.

Rosemary E. Percival, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mark D. Schoon, Asst. Atty. Gen., Jefferson City, for respondent.

Before SPINDEN, P.J., and
BRECKENRIDGE and SMART, JJ.

## ORDER

PER CURIAM.

In appealing his convictions for robbery in the first degree and armed criminal action, David L. Ramsey contests the sufficiency of the evidence. We affirm. Discerning no jurisprudential value to publishing an opinion, we issue this summary order. Rule 30.25(b).